**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X

GLENN STORMAN

                Plainitff,

             -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

               Defendants.

----------------------------------------------------------------------X

Index No. 07-CV-5797
JUDGE STEIN

## DECRATION OF SERVICE OF SUMMONS AND COMPLAINT

    JOHN C. KLOTZ, pursuant to 28 U.S.C. § 1746 declares the truth of the following statements:

    1.    I am the attorney for Plaintiff herein.

    2.    On June 19, 2007 at 2:18PM, I served the SUMMONS and COMPLAINT herein upon the NEW YORK CITY CORPORATION COUNSEL, the party to whom service must be made according to New York Strate Law, at 100 Church Street, New York, New York, by leaving true copies tereof with Gary Jean-Gilesd, Docketing Clerk in said Crporation Counsel's office, a person authorized to except service of said papers.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 21, 2007

                                                      _____s/John C. Klotz_____
                                                            JOHN C. KLOTZ
                                                           Attorney for Plaintiff
                                                      350 Fifth Avenue, Suite 4810
                                                       New York, New York 10118
                                                             (212) 630-2600