

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DANIEL CHIU
Phone: 212-788-1158
Fax: 212-788-0940
E-mail: dchiu@law.nyc.gov

June 28, 2007

*Via Facsimile*
Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

            Re:   Storman v. New York City Department of Education
                  Docket No: 07 Civ. 5797 (SHS)

Dear Judge Stein:

      This office represents defendant New York City Department of Education ("DOE" or "Defendant"). This letter is submitted pursuant to Your Honor's Individual Rule 1(E) to request an enlargement of time, from July 9, 2007 through and including August 17, 2007, for Defendant to answer or otherwise move with respect to the Complaint. Plaintiff consents to the request.

      Defendant requests the enlargement because it is anticipated that a motion to dismiss will be made due to a prior pending action in the Supreme Court of the State of New York, County of New York titled *Storman v. New York City Department of Education*, Index No. 118337/06. Additional time is therefore requested to review and investigate the claims and available defenses to determine the appropriate response.

      It is therefore respectfully requested that Defendant's time to answer or otherwise move with respect to the Complaint be extended from July 9, 2007 through and including August 16, 2007, *and there will be an initial pretrial conference on 8/16, at 10:00 a.m.*

Thank you for your consideration in this matter.

SO ORDERED 7/3/07

*Loretta A Presky*
SIDNEY H. STEIN
U.S.D.J.
PART I

Respectfully submitted,

Daniel Chiu (DC-3381)
Assistant Corporation Counsel

cc:   John Klotz, Esq. (via facsimile)