```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GLENN STORMAN,                                  :      07 Civ. 5797 (SHS)

                 Plaintiff,            :

     -against-                                         :      ORDER

NEW YORK CITY DEPT. OF EDUCATION,     :

                 Defendant.           :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    Plaintiff shall serve document demands and interrogatories, if any, on or before September 14, 2007;

      2.    Plaintiff's opposition to defendant's motion to dismiss is due on or before September 28, 2007;

      3.    Defendant's reply is due on or before October 12, 2007.

Dated: New York, New York
       August 16, 2007

                                SO ORDERED:

                                _____
                                Sidney H. Stein, U.S.D.J.