UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
GLENN STORMAN                                         :    Index No. 07 CV 5797 (SHS)
:
                                    Plaintiff,        :    **DECLARATION OF SERVICE**
:
        -against-                                     :
:
NEW YORK CITY DEPARTMENT OF EDUCATION,                :
:
                                    Defendants.       :
:
-----------------------------------------------------------------------X

      JOHN C. KLOTZ, an attorney admitted to practice before this court, declares the truth of the following statement:

      On September 20, 2007, he served the within AMENDED COMPLAINT upon the attorney indicated, the attorney for the party indicated, at the address indicated, the address designated by said attorney for that purpose by delivering a true copy thereof enclosed in a properly addressed, postage paid wrapper to a postal depository under the exclusive care and custody of the United States Postal Service within the State of New York:

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Respondent
100 Church Street, Room 2-170
New York, New York 10007


Dated: New York, New York
        September 21, 2007

                                                      _____s/John C. Klotz_____
                                                      **JOHN C. KLOTZ (JK4162)**
                                                      Attorney for the Plainitff
                                                      350 Fifth Avenue, Suite 4810
                                                      New York, NY 10118
                                                      (212) 630-2600