# JOHN C. KLOTZ

ATTORNEY AND COUNSELOR AT LAW

EMPIRE STATE BUILDING, 350 FIFTH AVENUE, SUITE 4810, NEW YORK, NY 10118

BY OVERNIGHT DELIVERY

December 21, 2007

Hon. SIDNEY H. STEIN, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

RECEIVED
DEC 26 2007
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

Re:  Storman v. N.Y.C. Department of Education
     Index No. 07 CV 5797 (SHS)
     Pending Motion to Dismiss

Dear Judge Stein:

Justice Friedman of the N.Y. State Supreme Court has issued a decision and order in the collateral Article 78 proceeding vacating the determination of the defendant N.Y.C. Department of Education ("NYCDOE") and remanding the matter back to the defendant. A copy of the decision is annexed. Plaintiff served a Notice of Appeal on November 30, 2007 by overnight delivery service and the time for NYCDOE to file either Notice of Appeal and/or Cross-Appeal will expire December 31, 2007.

Both the Plaintiff and the Defendant have filed discovery requests and are endeavoring to comply with the same.

Plaintiff believes that Justice Friedman's decision while demonstrating the merit of his claims that the NYCDOE acted improperly, does not address the issue of his ongoing damages which are increasing every session and some of which are not recoverable in an Article 78 proceeding in any event. Pursuant to your initial order in this case, both sides are proceeding with discovery in the meantime. However, Justice Friedman's decision represents a significant change of circumstances and plaintiff would like your advice on whether the Court would request additional briefing and/or oral argument of the pending motion as a result.

Respectfully yours,

JOHN C. KLOTZ
Attorney for the Plaintiff

1/3/08 The parties may submit the letters setting forth the impact, if any, of Justice Friedman's Oct 26, 2007 Decision/Order on this litigation on or before Wed, Jan 9, 2008. Oral argument on the motion to dismiss is set for Jan. 16, 2008 at 2:30 p.m. So ordered. [signature] S.H. Stein 1/3/08

Attachment: Judge Friedman's Order and decision.

CC   VIA E-MAIL ATTACHMENT
     Daniel Chiu
     Assistant Corporation Counsel
     Dchiu@law.nyc.gov

TELECOMMUNICATIONS:    TELEPHONE: (212) 630-2600    E-MAIL: johnklotz@johnklotz.com
                       FAX: (718) 543-8244          HTTP: //www.johnklotz.com
                       (not for service)