```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GLENN STORMAN,                    :    07 Civ. 5797 (SHS)

                Plaintiff,    :

    -against-                    :    ORDER

NEW YORK CITY DEPARTMENT OF       :
EDUCATION,
                                  :
                Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present, and plaintiff having consented to the discontinuance of this action without prejudice,

      IT IS HEREBY ORDERED that:

      1.    This action is discontinued without prejudice to its renewal;

      2.    The statute of limitations is tolled from today until a final determination is made by the New York City Department of Education following the remand by Justice Marcie Friedman of the proceedings in Supreme Court, New York County, dated October 26, 2007; and

      3.    Defendant's motion to dismiss [4] is dismissed as moot.

Dated: New York, New York
       January 17, 2008

                                           SO ORDERED:

                                           _____
                                           Sidney H. Stein, U.S.D.J.